3-180317

**08 CV 4524**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CMA CGM (AMERICA) LLC,

                Plaintiff,

   - against -                        CIVIL COMPLAINT
                                    IN ADMIRALTY

RF INTERNATIONAL, LTD.,

                Defendant.
------------------------------------------------------------X

      Plaintiff CMA CGM (AMERICA) LLC, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant RF INTERNATIONAL, LTD., in personam, in a cause of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

      2. At all times hereinafter mentioned, plaintiff CMA CGM (AMERICA) LLC was and still is a corporation organized and existing under the laws of the State of New Jersey with offices and a place of business at 5701 Lake Wright Drive, Norfolk, VA 23502.

      3. Upon information and belief and at all times hereinafter mentioned, defendant RF INTERNATIONAL, LTD. was and still is a corporation organized and existing under the laws of the State of New York, with an agent for service of process at CT Corporation System, 111 Eighth Avenue, New York, NY 10011.

      4. On or about July 11, 2006, defendant, acting as freight forwarder, arranged for a shipment of goods from Burlington, IA to Tripoli Seaport, Libya via New York, on behalf of defendant's client, and on plaintiff's Vessel, of three forty-foot Hi-Cube containers of FARM EQUIPMENT, in exchange for payment by defendant to plaintiff of ocean freight and related charges totalling $12,117.30, all as set forth in B/L NA1282107, Invoice No. NAEX0197766, annexed hereto as Exhibit A.

5. Thereafter, the goods were carried to the port of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all acts required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $4,187.30, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $4,187.30 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $4,187.30, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
May 15, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
CMA-CGM (AMERICA) LLC
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) NA1282107 |
|---|---|
| CNH TRADE NV FOR ACCOUNT ON BEHALF OF TECHNOFARM INTERNATIONAL LTD AGRICULTURAL CONSORTIUM PO BOX 5432 GENVA, SWITZERLAND CH1211 TEL/FAX:41.22.321.5810 | EXPORT REFERENCES (6) FORWARDERS REF: 10246 |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) | |
|---|---|---|
| TO THE ORDER OF GREAT MAN-MADE RIVER WATER UTILIZATION AUTHORITY CENTRAL ZONE SIRT LIBYA TEL/FAX:218-54-61730 | 1981 MARCUS AVE SUITE E 100 LAKE SUCCESS, NY 11042 PH#(516)616-2457 FAX#(516)616-2482 | CHB:17430 FMC: 000680F |
| | POINT AND COUNTRY OF ORIGIN (8) UNITED STATES OF AMERICA | |

| NOTIFY (4) | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9) |
|---|---|
| GREAT MAN-MADE RIVER WATER UTILIZATION AUTHORITY CENTRAL ZONE SIRT LIBYA TEL/FAX:218-54-61730 | NO SED REQUIRED - -AES-132837752-RF10246 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT PRECARRIAGE FROM (10A) | |
|---|---|---|
| MAHER TERMINAL | BURLINGTON, IA | |
| VESSEL (11) CMA CGM HUDSON GX250E | PORT OF LOADING (12) NEW YORK | COMBINED TRANSPORT - ONWARD CARRIAGE (15)* |
| PORT OF DISCHARGE FROM VESSEL (13) TRIPOLI SEAPORT, LIBYA | FOR TRANSHIPMENT TO (14) | |

| CARRIER'S RECEIPT MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| | | L/C NUMBER G1/33269 | | |
| | 17 | 1 X 40' HI CUBE CONTAINER S.L.A.C. PIECES: SUPPLY OF EQUIPMENT FOLLOWS: FARM EQUIPMENT AS PER PROFORMA INVOICE NO. SPF051219-1, DTD: 06.01.2006. RMX340 = JFH0033128/JFH0033129 BCM09267401: SEAL# 4194 | 12384.000 LBS 5617.000 KGS | |
| | 14 | 1 X 40' HI CUBE CONTAINER S.L.A.C. PIECES: SUPPLY OF EQUIPMENT FOLLOWS: FARM EQUIPMENT AS PER PROFORMA INVOICE NO. SPF051219-1, DTD: 06.01.2006. RMX340 = JFH0032919 UESU4774430: SEAL# | 24752.000 LBS 11227.000 KGS | |
| | 4 | 1 X 40' HI CUBE CONTAINER S.L.A.C. PIECES: SUPPLY OF EQUIPMENT FOLLOWS: FARM EQUIPMENT AS PER PROFORMA INVOICE NO. SPF051219-1, DTD: 06.01.2006. RMX340 DISK HARROW PARTS DVRU1602685: SEAL# 4300 | 15800.000 LBS 7167.000 KGS | |

DRAFT

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversions contrary to U.S. law prohibited.
If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 1E.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or as near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the Tribunal de Commerce of Marseilles and no other Court shall have jurisdiction with regards to any such action.

| FREIGHT CHARGES (See clause 10 and 20) | | | | IN WITNESS WHEREOF THREE (3) | |
|---|---|---|---|---|---|
| BASIC FREIGHT | USD | 5800.00 | P | Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void. | |
| Ocean Carrier-Intl Ship & port | USD | 12.00 | P | | |
| Origin,Terminals-Intl Ship&Por | USD | 8.00 | P | | |
| Pre carriage haulage | USD | 2194.00 | P | | BL/No. |
| Pre carriage fuel surcharge | USD | 658.20 | P | DAY MONTH YEAR | CMDU |
| BASIC FREIGHT | USD | 2100.00 | P | 11-JUL-06 | NA1282107 |
| Ocean Carrier-Intl Ship & port | USD | 6.00 | P | Signed for the Carrier CMA CGM SA by | |
| Origin,Terminals-Intl Ship&Por | USD | 4.00 | P | CMA CGM (AMERICA) INC as agent for the Carrier | |
| DECLARED VALUE CHARGES (See Clause 10) HARBOR TAX/LIGHTERAGE       TOTAL $ | | | | By | |

(Continued on reverse side)

EXHIBIT "A"

| SHIPPER/EXPORTER (2) | DOCUMENT NO. (5) |
|---|---|
| CNH TRADE NV FOR AND ON BEHALF OF TECHNOFARM INTERNATIONAL LTD AGRICULTURAL CONSORTIUM PO BOX 5432 GENVA, SWITZERLAND CH1211 TEL/FAX:41.22.321.5810 | NA1262107 EXPORT REFERENCES (6) FORWARDERS REF: 10246 |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) | |
|---|---|---|
| TO THE ORDER OF GREAT MAN-MADE RIVER WATER UTILIZATION AUTHORITY CENTRAL ZONE SIRT LIBYA TEL/FAX:218-54-61730 | RF INTERNATIONAL LTD. 1981 MARCUS AVE SUITE E 106 LAKE SUCCESS, NY 11042 PH#(516)616-2457 FAX#(516)616-2462 POINT AND COUNTRY OF ORIGIN (8): UNITED STATES OF AMERICA | CHB: 17430 FMC: 000880F |

| NOTIFY (4) | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9) |
|---|---|
| GREAT MAN-MADE RIVER WATER UTILIZATION AUTHORITY CENTRAL ZONE SIRT LIBYA TEL/FAX:218-54-61730 | NO SED REQUIRED - AES-132637752-RFI10246 |

| PIER/TERMINAL (16) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| MAHER TERMINAL | BURLINGTON, IA | |
| VESSEL (11) CMA CGM HUDSON GX260E | PORT OF LOADING (12) NEW YORK | COMBINED TRANSPORT - ONWARD CARRIAGE (15) |
| PORT OF DISCHARGE FROM VESSEL (13) TRIPOLI SEAPORT, LIBYA | FOR TRANSHIPMENT TO (14) | |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS (16) | NO. OF PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|

Shipped on Board CMA CGM HUDSON 11-JUL-2006
CMACGM America As agents for the Carrier

FREIGHT TO BE PREPAID

SHIPPERS STOW, LOAD AND COUNT / / FCL
CARGO AT PORT IS AT RECEIVER RISK, EXPENSES AND RESPONSIBILITY
FREE 001
AT TRIPOLI WATER OFFICE NO 17 : 60 DETENTION CHARGES ARE PAYABLE IF CONSIGNEES RETURN
THE CONTAINER WITHIN TEN DAYS AFTER DAY OF BERTHING OF VESSEL. RETURN LATER THAN
TEN DAYS WILL BE SUBJECT TO A DETENTION CHARGE OF USD 5/20FT OR USD 3/40FT PER DAY
FROM 11th UNTIL 30th DAY AND USD 6/20FT OR USD 12/40FT PER DAY AS FROM 31ST DAY.
ALL CARGO EXPENSES INCLUDING RELOADING OF EMPTY EQUIPMENT ARE FOR RECEIVERS
ACCOUNT.
UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR
WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN
RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR
CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE.
FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 10(2) SHALL EXCLUDE THE
APPLICATION OF THE YORK/ANTWERP RULES, 2004.

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THE B/L

| FREIGHT CHARGES (See clause 10 and 20) | | | IN WITNESS WHEREOF THREE (3) |
|---|---|---|---|
| Pre carriage haulage | USD | 1027.00 P | Bills of Lading all of like tenor, have been executed. ONE of which being accomplished, the other shall stand void. |
| Pre carriage fuel surcharge | USD | 308.10 P | |
| TOTAL PREPAID | USD | 12117.30 P | |

|  |  |  | B/L No: |
|---|---|---|---|
| DAY | MONTH | YEAR | CMDU |
| 11-JUL-06 | | | NA1262107 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) INC as agent for the Carrier

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE   TOTALS

By _____

(Continued on reverse side)