# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 4524

CMA CGM (AMERICA) LLC,

                *Plaintiff,*

-against-

RF INTERNATIONAL, LTD.

                *Defendant.*

State Of New York, County of New York SS.:

**ROBIN RAMSON**

Being duly sworn, deposes and says that se is over the age of 18 years, is not a party to this action and resides in New York.

That on the 19TH day of MAY, 2008, At 3:35 PM

At: C/O CT CORP., 111 8TH AVENUE, NEW YORK, NEW YORK 10011

Deponent served the Annexed: **SUMMONS, IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **RF INTERNATIONAL, LTD.**

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **SATPIE JAIRAM (SUPERVISOR)** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

### DESCRIPTION
Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **BROWN** Hair: **BLACK** App. Age: **43** App. Ht: **5'7"** App. Wt. **140**
Other identifying features: **GLASSES**

Sworn to before me this
19TH day of MAY, 2008

*Jolantyne Cagney*                  *Robin Ramson*

**JOLANTYNA CAGNEY**                ROBIN RAMSON 956-346
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2012